IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08- 24 |
| | ) |
| JERROLD RICHARD, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count 1

On or about April 15, 2005, in the State and District of Delaware, **JERROLD RICHARD**, defendant herein, did knowingly and willfully make and subscribe a Form 1040 personal income tax return (for the calendar year 2004) which was verified by a written declaration made under the penalties of perjury, and which he did not believe to be true and correct as to every material matter, in that the said Form 1040 reported taxable income of negative $616.00 when in fact defendant's taxable income was approximately $112,114.00.

All in violation of Title 26, United States Code, Section 7206(1).

                                          COLM F. CONNOLLY
                                          United States Attorney

                                          By: _____
                                          David L. Hall
                                          Assistant United States Attorney

Dated: February 11, 2008



FILED

FEB 1 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE