IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 08-024-SLR |
| JERROLD RICHARD, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 29th day of February, 2008, having been advised by counsel that defendant intends to enter a plea of guilty to an Information;

IT IS ORDERED that:

1. A plea hearing is scheduled for **Tuesday, March 25, 2008 at 9:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **March 25, 2008** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h).

_____
United States District Judge