IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-24-SLR |
| | ) | |
| JERROLD RICHARD, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO CONTINUE GUILTY PLEA HEARING

The United States, by and through Colm F. Connolly, United States Attorney for the District

of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware,

hereby moves to continue the guilty plea hearing in this matter, as follows:

1.    The defendant has been charged in a one count Information with willfully subscribing

a false personal (1040) income tax return for the calendar year 2004, in violation of 26 U.S.C.

§ 7206(1).

2.    The Court has scheduled the guilty plea hearing for March 25, 2008.

3.    Counsel for the government is not available on that date. Counsel for the government

and the defendant are available on April 7, 2008 at 8:30 a.m. and understand that this is a convenient

time for the Court.

WHEREFORE, the United States respectfully requests that the Court continue the guilty plea hearing until April 7, 2008 at 8:30 a.m. A proposed form of order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: David L. Hall /SDA

David L. Hall
Assistant United States Attorney
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, Delaware  19899-2046
(302) 573-6277

DATED:   March 7, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-24-SLR |
| | ) | |
| JERROLD RICHARD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, the guilty plea hearing in this matter is presently scheduled for March 25, 2008; and

WHEREAS, the United States has filed an unopposed motion to continue the hearing until April 7, 2008 at 8:30 a.m.;

IT IS HEREBY ORDERED this _____ day of _____, 2008, that the guilty plea hearing in this matter currently scheduled for March 25, 2008 is continued until April 7, 2008, at 8:30 a.m., in Courtroom 6B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.


_____
HONORABLE SUE L. ROBINSON
United States District Judge