IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-24-SLR |
| | ) | |
| JERROLD RICHARD, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, the guilty plea hearing in this matter is presently scheduled for March 25, 2008; and

WHEREAS, the United States has filed an unopposed motion to continue the hearing until April 7, 2008 at 8:30 a.m.;

IT IS HEREBY ORDERED this ___7th___ day of ___March___, 2008, that the guilty plea hearing in this matter currently scheduled for March 25, 2008 is continued until April 7, 2008, at 8:30 a.m., in Courtroom 6B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.

HONORABLE SUE L. ROBINSON
United States District Judge